RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATSY DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>        Defendants. | **CASE NO. 3:11-CV-03954-EMC**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in one of the related actions, *Petru,, et al. v. Apple, Inc.*, *et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency's sake, the parties have agreed that the response date in this action should be the same as the response date in the *Petru* Action;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollings Publishers, Inc.")., Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants");

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Pursuant to Civil Local Rule 6-1(a), Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

2. If any of the Defendants that are a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

3. No defense of Defendants is prejudiced or waived by its submission of this Stipulation; and

4. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED:  September 9, 2011

           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Raoul D. Kennedy
     RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time To Respond To Complaint.  In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By:  /s/ James Donato
     JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP

By:  /s/ Samuel R. Miller
     SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
d/b/a MACMILLAN

1
2    AKIN GUMP STRAUSS HAUER & FELD LLP
3
4    By:  /s/ Reginald D. Steer
            REGINALD D. STEER
5
     580 California Street, Suite 1500
     San Francisco, California 94104-1036
6    Telephone: (415) 765-9520
     Facsimile: (415) 765-9501
7
          Attorneys for Specially Appearing Defendant
8              PENGUIN GROUP (USA) INC.

9
10   WEIL, GOTSHAL & MANGES LLP

11
12   By:  /s/ Gregory D. Hull
            GREGORY D. HULL
13
     201 Redwood Shores Parkway
     Redwood Shores, California 94065
14   Telephone: (650) 802-3000
     Facsimile: (650) 802-3100
15
          Attorneys for Specially Appearing Defendant
16             SIMON & SCHUSTER, INC.

17   GIBSON, DUNN & CRUTCHER LLP

18
19   By:  /s/ Daniel S. Floyd
            DANIEL S. FLOYD
20
     333 South Grand Avenue
21   Los Angeles, CA 90071-3197
     Telephone: (213) 229-7148
22   Facsimile: (213) 229-7520

23        Attorneys for Specially Appearing Defendant
                   APPLE INC.
24
25
26
27
28

3

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**                    **CASE NO. 3:11-CV-03954-EMC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP


By:   /s/ Michael Francis Ram
       MICHAEL FRANCIS RAM

555 Montgomery Street Suite 820
San Francisco, CA 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Attorneys for Plaintiff