1 | RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
4 | Palo Alto, California 94301
Telephone: (650) 470-4500
5 | Facsimile:  (650) 470-4570

6 | PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
8 | New York, New York 10036
Telephone: (212) 735-3000
9 | Facsimile:  (212) 735-2000

10 | Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.
11 |

12 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
13 | SAN FRANCISCO DIVISION

| | |
|---|---|
| PATSY DIAMOND, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 3:11-CV-03954-EMC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in one of the related actions, *Petru,, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency's sake, the parties have agreed that the response date in this action should be the same as the response date in the *Petru* Action;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollings Publishers, Inc.")., Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants");

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Pursuant to Civil Local Rule 6-1(a), Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

2. If any of the Defendants that are a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

3. No defense of Defendants is prejudiced or waived by its submission of this Stipulation; and

1

1  4. Defense counsel may file notices of appearance in this action without
2  prejudice to their respective clients' jurisdictional or venue defenses.
3  DATED: September 9, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP

By: /s/ Samuel R. Miller
SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
d/b/a MACMILLAN

2

AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Reginald D. Steer
      REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

    Attorneys for Specially Appearing Defendant
          PENGUIN GROUP (USA) INC.


WEIL, GOTSHAL & MANGES LLP


By: /s/ Gregory D. Hull
      GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

    Attorneys for Specially Appearing Defendant
          SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Daniel S. Floyd
      DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7148
Facsimile: (213) 229-7520

    Attorneys for Specially Appearing Defendant
          APPLE INC.

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP


By: /s/ Michael Francis Ram
     MICHAEL FRANCIS RAM

555 Montgomery Street Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff

Dated: 9/13/11

*It is so ordered.*

EDWARD M. CHEN
U.S. District Judge

---

4

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO. 3:11-CV-03954-EMC