UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 3:11-CV-03954-NC

## AFFIDAVIT OF SERVICE

DIAMOND

VS.

APPLE, INC., ETAL

I, **Jeffrey E. Cunningham**, a competent adult, being duly sworn according to law, depose and say that at **3:25 PM on 8/26/2011**, I served **Apple, Inc.** at **20330 Stevens Creek Blvd., City Center 2, Cupertino, CA 95014** in the manner described below:

**Served Roselyn Quinn, Person Authorized to Accept, the Agent or person in charge of Defendant's office or usual place of business.**

a true and correct copy of: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, OFFICE HOURS OF COURT SAN FRANCISCO, CIVIL STANDING ORDER FOR MAGISTRATE JUDGE NATHANAEL COUSINS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CA, NORTHERN DISTRICT OF CA NOTICE OF ASSIGNMENT OF CASE TO THE U.S. MAGISTRATE JUDGE FOR TRIAL, NORTHERN DISTRICT OF CA CONSENT TO CONCEDE BEFORE U.S. MAGISTRATE JUDGE, NORTHERN DISTRICT OF CA DECLINATION TO PRECEDE BEFORE U.S. MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION FOR THE NORTHERN DISTRICT OF CA, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENTS AND ORDER SETTING INITIAL CASE MANAGEMENT, ADR DEADLINES AND MASSACHUSETTS GENERAL LAWS CHAPTER 93A TO ALL DEFENDANTS.

Description:
Sex: Female - Age: 35 - Skin: Black - Hair: Black - Height: 5'9" - Weight: 150

Jeffrey E. Cunningham
Best Legal Services, Inc.
1617 John F. Kennedy Blvd., Suite 1045
Philadelphia, PA 19103
215-567-7777
Our File #63120

Sworn to and subcribed before me on this
____ day of September, 2011.

_____
Notary Public

M. C. VARGAS
Commission # 1869808
Notary Public - California
Santa Clara County
My Comm. Expires Oct 30, 2013

Law Firm: **Spector, Roseman & Kodroff**
Attorney: **Johnathan Jagher, Esq.**
Address: **1818 Market Street, 25th Floor, Phila., PA 19103**
Telephone: **215-496-0300**