UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 3:11-CV-03954-NC

AFFIDAVIT OF SERVICE

**DIAMOND**

**VS.**

**APPLE, INC., ETAL**

I, **Gerard C. Menichini**, a competent adult, being duly sworn according to law, depose and say that at **10:25 AM on 8/24/2011**, I served **Macmillan Publishers, Inc.** at **175 Fifth Avenue, New York, NY 10010** in the manner described below:

**Served Diana Frost, Assistant to General Counsel, the Agent or person in charge of Defendant's office or usual place of business.**

a true and correct copy of: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, OFFICE HOURS OF COURT SAN FRANCISCO, CIVIL STANDING ORDER FOR MAGISTRATE JUDGE NATHANAEL COUSINS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CA, NORTHERN DISTRICT OF CA NOTICE OF ASSIGNMENT OF CASE TO THE U.S. MAGISTRATE JUDGE FOR TRIAL, NORTHERN DISTRICT OF CA CONSENT TO CONCEDE BEFORE U.S. MAGISTRATE JUDGE, NORTHERN DISTRICT OF CA DECLINATION TO PRECEDE BEFORE U.S. MAGISTRATE JUDGE,ECF REGISTRATION INFORMATION FOR THE NORTHERN DISTRICT OF CA, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENTS AND ORDER SETTING INITIAL CASE MANAGEMENT, ADR DEADLINES AND MASSACHUSETTS GENERAL LAWS CHAPTER 93A TO ALL DEFENDANTS.

Description:
**Sex: Female - Age: 60- Skin: White - Hair: Gray - Height: 5'8" - Weight: 140**

Gerard C. Menichini
Best Legal Services, Inc.
617 John F. Kennedy Blvd., Suite 1045
Philadelphia, PA 19103
215-567-7777
Our File #**63120**

Sworn to and subscribed before me on this 14 day of Sept, 2011.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DOROTHY L. WILLIAMS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 14, 2012

Law Firm: **Spector, Roseman & Kodroff**
Attorney: **Johnathan Jagher, Esq.**
Address: **1818 Market Street, 25th Floor, Phila., PA 19103**
Telephone: **215-496-0300**