**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

December 14, 2011

U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: CV 11-03892 EMC  ANTHONY PETRU-v-APPLE INC.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐     Certified copy of docket entries.

☐     Certified copy of Transferral Order.

☐     Original case file documents.

✔     Please access the electronic case file for additional pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

                                         Sincerely,
                                         RICHARD W. WIEKING, Clerk


                                         by:  <u>Sheila Rash</u>
                                         Case Systems Administrator

Enclosures
Copies to counsel of record